UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **16-24337-CIV-MARTINEZ-GOODMAN**

PATRICK ESCARMENT,

    Plaintiff,

vs.

JETSET FRANKLIN, LLC, and ELEONORA TODARO,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' joint Stipulation of Dismissal with Prejudice [D.E. No. 16]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear his/her/its' own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of February, 2017.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record